# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH DAVID JOSEPH

NO. 2024 KW 1305

**FEBRUARY 10, 2025**

---

In Re:   Keith David Joseph, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 23-FELY-865176, 865179, 865180, 874980.

---

BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

     **STAY DENIED. WRIT DENIED.** See La. Const. art. I, § 18(B) & **State v. Jacobs**, 2012-2737 (La. 12/20/12), 108 So.3d 757. Insofar as relator seeks review of the district court's decision not to consider his pro-se motion, it appears the court followed the procedures set out in **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (per curiam).

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1]**Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.